UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  CV 22-5308-KS                                                                 Date: January 17, 2023

Title  <u>Anne Lorimer v. Hildegarde L. Staninger et al.</u>

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT VACATE ALL PENDING DATES IN THIS ACTION UNDER 11 U.S.C. § 362 (AUTOMATIC BANKRUPTCY STAY)**

On October 3, 2022, Defendants Hildegarde L. Staninger and Integrative Health Systems LLC filed for Chapter 7 bankruptcy in the Middle District of Florida.  Pursuant to the automatic Bankruptcy Stay under 11 U.S.C. § 362, this Court vacated all pending dates in this action.  (Dkt. Nos. 18, 25.)

On November 21, 2022, Plaintiff filed with the Court a Notice of Termination of Automatic Stay.  (Dkt. No. 26.)  Attached to the Notice was a copy of an October 21, 2022 order issued by the Middle District of Florida dismissing the bankruptcy case against <u>Defendant Hildegarde L. Staninger</u> and setting deadlines for extending the stay, all of which passed.  (*Id.* at 3-4.)  Consequently, the Court granted Plaintiff's request to resume this case as to Defendant Staninger.  (Dkt. No. 27.)

Prior to the automatic stay, Defendants filed a Motion to Dismiss the Complaint in this case ("Motion"). (Dkt. No. 9.)  Plaintiff filed an opposition that was stricken due to the bankruptcy stay, but the Court granted Plaintiff leave to file a new Opposition, and Plaintiff did so on November 27, 2022.  Defendant filed a Reply on December 20, 2022, and the Motion now stands submitted.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No.  CV 22-5308-KS | Date: January 17, 2023 |
| Title  *Anne Lorimer v. Hildegarde L. Staninger et al.* | |

      However, having now turned to the merits of the Motion, the Court finds that the Motion is not limited to issues concerning only Defendant Staninger.  In fact, in the Opposition, Plaintiff argues that this Court should pierce the corporate veil of Defendant Integrative Health Systems, LLC, in part on the ground that a unity of interest and ownership exists between Defendant Staninger and Defendant Integrative Health Systems, LLC "such that their separate personalities do not in reality exist."  (Dkt. No. 28 at 8.)

      Based upon the foregoing, the Court **ORDERS** the parties to show cause why the automatic bankruptcy stay should not continue in this action and all current dates be vacated until the bankruptcy proceedings against both Defendants have been completed and the stay lifted.

      The parties shall respond to this Order on or before **January 24, 2023**.  Failure to respond to this Order will result in the Court vacating all dates in this matter until the termination of bankruptcy proceedings against Defendant Integrative Health Systems, LLC.

      **IT IS SO ORDERED.**

| | |
|---|---|
| | : |
| **Initials of Preparer** | gr |